IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02287-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**SOFI DARRELL DONAT**,

    Plaintiff,

v.

**JOHN OLIVER**, Warden, individually and in his official capacity;
**B. TRUE**, Associate Warden, individually and in his official capacity;
**M. SANISTENVAN**, S.I.S. Guard, individually and in his official capacity;
**T. GOMEZ**, Unit Manager, individually and in his official capacity;
**C. SYNSVOLL**, Supervisory Attorney, individually and in his official capacity; and
**MUNOZ**, Guard, individually and in his official capacity,

    Defendants.

---

## ORDER DENYING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

    Plaintiff, Sofi Darrell Donat, is a federal prisoner currently incarcerated at the ADMAX Penitentiary in Florence, Colorado.  Plaintiff filed *pro se* a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) and a Prisoner Complaint.  He has also filed a Motion for Appointment of Counsel (ECF No. 3).

    The Court will deny the § 1915 motion because Plaintiff does not qualify for *in forma pauperis* status.  Subsection (a)(1) of 28 U.S.C. § 1915 allows a litigant to commence a lawsuit without prepayment of fees or security therefor.  However, "[t]here is no absolute right to proceed in court without paying a filing fee in civil matters." *Holmes v. Hardy*, 852 F.2d 151, 153 (5th Cir. 1988); *see also* 28 U.S.C. § 1914(a).  Proceeding *in forma pauperis* pursuant to § 1915, *i.e.* without paying a filing fee under § 1914, is a privilege extended to individuals unable to pay such a fee.  *See Holmes*, 852

F.2d at 153.

Plaintiff's § 1915 motion shows that his national 6-month average in his account was $3,680.75 and that he has an available balance of $739.49 in his inmate trust fund account.  Therefore, the Court finds that Plaintiff has sufficient funds to pay the $400.00 filing fee ($350.00 filing fee and $50.00 general administrative fee).  The § 1915 motion will be denied.  Plaintiff will be directed to pay the $400.00 filing fee required pursuant to 28 U.S.C. § 1914 and the District of Colorado schedule of fees at www.cod.uscourts.gov if he wishes to pursue his claims in this action.  Accordingly, it is

**ORDERED** that the Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) is denied.  It is

**FURTHER ORDERED** that Plaintiff shall pay the full **$400.00** filing fee **within thirty (30) days from the date of this order** if he wishes to pursue his claims in this action.  It is

**FURTHER ORDERED** that if Plaintiff fails to pay the $400.00 filing fee within the time allowed the action will be dismissed without further notice.  It is

**FURTHER ORDERED** that Plaintiff's Motion for Appointment of Counsel (ECF No. 3) is **DENIED** as premature.

DATED at Denver, Colorado, this   24th   day of   November  , 2015.

BY THE COURT:

   s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court