IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02287-LTB

**SOFI DARRELL DONAT**,

    Plaintiff,

v.

**JOHN OLIVER**, Warden, individually and in his official capacity;
**B. TRUE**, Associate Warden, individually and in his official capacity;
**M. SANISTENVAN**, S.I.S. Guard, individually and in his official capacity;
**T. GOMEZ**, Unit Manager, individually and in his official capacity;
**C. SYNSVOLL**, Supervisory Attorney, individually and in his official capacity; and
**MUNOZ**, Guard, individually and in his official capacity,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 5, 2016, it is hereby

**ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 5 day of January, 2016.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ Jennifer Hawkins
                    Deputy Clerk